IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTONIO GONZALEZ-CEPEVA,
2. ALBERTO QUINTERO
3. ELIAS RAFAEL GONZALEZ-CABRERA
4. JESUS QUINTERO, JR.
5. GABRIEL SOWELL
6. TOMAS GONZALEZ-VILLALOBOS
7. RACQUEL RAMOS-SANCHEZ
8. RAFAEL QUINTERO GOMEZ
9. DEBBI MARTINEZ
10. WILLIAM BREWER
11. JUAN MANUEL QUINTERO
12. PORFIRIA ALEJANDRA FARIAS-CONTRERAS
13. MARIA FARIAS-CONTRERAS
14. SERGIO SALAZAR-TORRES
15. JESUS MONTELONGO-TALAVERA
16. JOSE OCEGUERA-RAMIREZ
17. JOSE CASTANEDA-ZAMORA
18. JESUS QUINTERO, SR.
19. RAUL RAMIREZ-MUNOZ
20. ALBERTO ROEL
21. HECTOR JESUS TREJO-HUERTA
22. JUAN MONTELONGO
23. ROBERT SCHAFFER
24. JESSICA TREJO-HUERTA
25. NOE CHAVEZ-GOMEZ
26. SERVANDO GANDARA-CHAVEZ
27. RAMONA HARO-INIQUEZ

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on the Government's Motion to Disclose Grand Jury Material to Defendants [Docket No. 184] pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.  It is therefore

**ORDERED** that the Government's Motion to Disclose Grand Jury Material to Defendants [Docket No. 184] is granted.  The United States may disclose grand jury testimony, grand jury exhibits, and other grand jury materials to the defendants and their attorneys in this case.  It is further

**ORDERED** that such materials shall only be used in defending this case; that such materials are to be disclosed only to the defendants and their attorneys; that defendants' attorneys shall maintain custody of such materials and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED June 24, 2014.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge