IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANTONIO GONZALEZ-CEPEVA,
2.    ALBERTO QUINTERO
3.    ELIAS RAFAEL GONZALEZ-CABRERA
4.    JESUS QUINTERO, JR.
5.    GABRIEL SOWELL
6.    TOMAS GONZALEZ-VILLALOBOS
7.    RACQUEL RAMOS-SANCHEZ
8.    RAFAEL QUINTERO GOMEZ
9.    DEBBI MARTINEZ
10.   WILLIAM BREWER
11.   JUAN MANUEL QUINTERO
12.   PORFIRIA ALEJANDRA FARIAS-CONTRERAS
13.   MARIA FARIAS-CONTRERAS
14.   SERGIO SALAZAR-TORRES
15.   JESUS MONTELONGO-TALAVERA
16.   JOSE OCEGUERA-RAMIREZ
17.   JOSE CASTANEDA-ZAMORA
18.   JESUS QUINTERO, SR.
19.   RAUL RAMIREZ-MUNOZ
20.   ALBERTO ROEL
21.   HECTOR JESUS TREJO-HUERTA
22.   JUAN MONTELONGO
23.   ROBERT SCHAFFER
24.   JESSICA TREJO-HUERTA
25.   NOE CHAVEZ-GOMEZ
26.   SERVANDO GANDARA-CHAVEZ
27.   RAMONA HARO-INIQUEZ

    Defendants.

**ORDER**

This matter comes before the Court on the Supplement to Unopposed Joint Motion by Certain Defendants to Vacate and Reset Motions Deadline and Motion Hearing Dates, and for an Ends of Justice Exclusion Pursuant to 18 U.S.C. § 3161(h)(7)(A) [Docket No. 543].  On November 17, 2014, a Joint Motion by Certain Defendants to Vacate and Reset Motions Deadline and Motions Hearing Dates, and for an Ends of Justice Exclusion Pursuant to 18 U.S.C. § 3161(h)(7)(A) [Docket No. 497] was filed, wherein fourteen of the nineteen defendants who have appeared in this case asked the Court to exclude an additional 60 days from the Speedy Trial period.  The United States did not object to the motion.  *Id.* at 4.  The same day the Court issued an order directing the movants to supplement their motion with two categories of information, information about whether the attorneys had conferred with their clients about the effect of the Court granting the motion and information addressing why movants needed an additional 60 days excluded from the Speedy Trial period.  In response to the Court's order, a number of the movants individually filed supplements explaining that their counsel had conferred with them about the motion to exclude time and that they joined in the motion.  However, because the Court had not received any supplemental pleadings addressing the inadequacies noted on page two of the Court's November 17, 2014 order, the Court denied movants' motion on November 21, 2014, the deadline for filing motions.  See Docket No. 541.

The Supplement before the Court, although filed after the Court denied the motion to exclude [Docket No. 497], does not reference the Court's order denying the motion or seek reconsideration of the Court's ruling.  Despite this obvious oversight, the

Court will construe the Supplement [Docket No. 543] as incorporating a request for the Court to reconsider its order denying the request to exclude an additional 60 days.

On June 27, 2014, the Court excluded 180 days from the Speedy Trial period [Docket No. 248].  The Supplement explains that movants' belief in late June 2014 that 180 days would be a sufficient amount of time to be prepared for trial was erroneous because they did not have great familiarity with the large amount of discovery in this case at that time and because reviewing and organizing the audio data, wiretap, and other discovery materials has proven to be more time consuming than they estimated. Docket No. 543 at 2-3.  The Court finds that movants have stated a legitimate reason to exclude an additional 60 days from the Speedy Trial period.

Wherefore, it is

ORDERED that the portion of the Supplement to Unopposed Joint Motion by Certain Defendants to Vacate and Reset Motions Deadline and Motion Hearing Dates, and for an Ends of Justice Exclusion Pursuant to 18 U.S.C. § 3161(h)(7)(A) [Docket No. 543] requesting that the Court vacate its November 21, 2014 order denying the Joint Motion by Certain Defendants to Vacate and Reset Motions Deadline and Motions Hearing Dates, and for an Ends of Justice Exclusion Pursuant to 18 U.S.C. § 3161(h)(7)(A) [Docket No. 497] is granted.  It is further

ORDERED that the Court's order [Docket No. 541] denying the Joint Motion by Certain Defendants to Vacate and Reset Motions Deadline and Motions Hearing Dates, and for an Ends of Justice Exclusion Pursuant to 18 U.S.C. § 3161(h)(7)(A) [Docket No. 497] is vacated.  It is further

ORDERED that the Joint Motion by Certain Defendants to Vacate and Reset Motions Deadline and Motions Hearing Dates, and for an Ends of Justice Exclusion Pursuant to 18 U.S.C. § 3161(h)(7)(A) [Docket No. 497] is granted.  It is further

ORDERED that an additional 60 days shall be excluded from the Speedy Trial period.  It is further

ORDERED that the November 21, 2014 motions deadline, the motions hearings on December 19, 2014 and January 16, 2015, trial preparation conference on February 6, 2015 and trial date of February 17, 2015 are vacated.  It is further

ORDERED that motions shall be filed on or before January 20, 2015, with responses due February 10, 2015.  It is further

ORDERED that motions hearings shall take place on February 20, 2015 at 1:30 p.m. and March 13, 2015 at 1:30 p.m.  It is further

ORDERED that a Trial Preparation Conference is scheduled for April 3, 2015 at 2:30 p.m.  It is further

ORDERED that a 12-day trial will commence on April 13, 2015 at 8:00 a.m. Note that there will be no trial on Fridays during that time.

DATED November 21, 2014.

            BY THE COURT:

            s/Philip A. Brimmer
            PHILIP A. BRIMMER
            United States District Judge